**Electronically Filed
Supreme Court
SCWC-24-0000387
28-JUL-2026
01:49 PM
Dkt. 5 ODAC**

SCWC-24-0000387

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

BONNY EVANS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000387; CASE NO. 3DTA-24-00238;
CAAP-24-0000389; CASE NO. 3DTC-23-022007)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Johnson, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed

on June 19, 2026, is hereby rejected.

DATED:  Honolulu, Hawai‘i, July 28, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Ronald G. Johnson

